IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENERGIZER HOLDINGS, INC.,
EVEREADY BATTERY CO., INC.,

                ORDER

           Plaintiffs,

              08-cv-431-bbc

     v.

SPECTRUM BRANDS, INC.,
a Wisconsin Corporation,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The hearing on plaintiffs Energizer Holdings, Inc., and Eveready Battery Co., Inc.'s motion for preliminary injunction is rescheduled for Friday, September 12, 2008, at 9:00 a.m.

      The parties are free to work out their own deadlines for pre-hearing discovery. If problems arise, they should utilize the services of the United States Magistrate Judge.

1

Defendant's opposing briefs are to be filed no later than Tuesday, September 9, 2008.

The parties' motions to seal plaintiffs' response to defendant's motion for an extension of time, dkt. 30, and defendant's Exhibit A to its motion for an extension of time, dkt. 26, are GRANTED.

Entered this 20th day of August, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2