IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ENERGIZER HOLDINGS, INC.,
EVEREADY BATTERY CO., INC.,

                                                                                      ORDER

                           Plaintiffs,

     v.

                                                                      08-cv-431

SPECTRUM BRANDS, INC.,
TRACY WRYCHA and DAVID LUMLEY,

                          Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      For the reasons stated from the bench at the conclusion of the hearing in this matter on October 30, 2008, the motion of plaintiffs Energizer Holdings, Inc., and Eveready Battery Co., Inc., for a preliminary injunction is GRANTED. IT IS ORDERED that defendant Spectrum Brands, Inc., is enjoined from importing, selling, offering for sale, supporting or distributing primary lithium batteries until the merits of plaintiffs' patent infringement claims have been decided.

      Entered this 31st day of October, 2008.

                                                     BY THE COURT:
                                                     /s/
                                                     BARBARA B. CRABB
                                                     District Judge